MR

RECEIVED
12/26/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
MEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Carl E. Ellis

Kayle M. Ellis

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

James Glasgow
Will County States Attorneys office

Marybeth Kent-Duffy
Will County Assistant States Attorney

Judge Arkasiusz Smigielski

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: _____
(To be supplied by the Clerk of this Court)

1:24-cv-13232
Judge Manish S. Shah
Magistrate Judge Maria Valdez
PC 9
RANDOM / CAT.3

CHECK ONE ONLY:

__X__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Carl Ellis

B. List all aliases: CJ Ellis

C. Prisoner identification number: #112857

D. Place of present confinement: Will County Jail

E. Address: 19515 West Goodwin Rd. Wilmington, IL 60481

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: James Glassgow
Title: Will County States Attorney
Place of Employment: Will County States Attorneys office

B. Defendant: Marybeth Kent-duffy
Title: Assistant will county States Attorney
Place of Employment: Will County States Attorneys office

C. Defendant: Judge Arkasiusz Smigielski
Title: Will County Judge
Place of Employment: Will County Courthouse

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

Plantiff #2

Kayle M. Ellis

no Alias

Prisoner ID   u/k

Address   19515 West Godwin Rd.
          Wilmington, Il 60481

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Unknown

B. Approximate date of filing lawsuit: 2021

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Wellpath

D. List all defendants: dr. Kim

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): USDC Northern

F. Name of judge to whom case was assigned: Durkin

G. Basic claim made: lack of health care

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: 2022

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I am Currently being held in Will County Jail for domestic battery against my wife, my wife being the Alleged Victim has made it very Clear to Mary beth Kent-duffy the States Attorney Assigned to the Case that No domestic battery has ever taken place. She has entered An Affidavit stateing the events that took place the day of the Alleged offense, my wife (Kayle Ellis) was even sworn before the honorable Judge Smigielski in which she stated in open court that I did not commit a domestic battery and that she was not testifying Against me she Also invoked her marital privilege rights. Still the States Attorneys office intend to "Maliciously Prosecuted" me, I Asked for A immidiate bench trial, At which time Judge Smigielski denied me bench trial and set my case for Jury trial January 9th 2025 those events took place,

4

11/06/24: denial of bench trial rights
12/11/24: malicious prosecution

Revised 9/2007

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

for both the States Attorney and Judge Smigielski's Jobs to be taken and monatary Compensation for the time incarcerated in Will County Jail in the Amount of 1 million U.S. dollars.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of 12 , 20 24

Carl Ellis

Kayle Ellis

(Signature of plaintiff or plaintiffs)

Carl Ellis
(Print name)

112857
(I.D. Number)

19515 West Godwin Rd.
(Address) Wilmington, IL 60481

6

Carl Ellis #11285
1955 W. Goodwin Rd.
Wilmington, IL 60481

S SUBURBAN IL 604
20 DEC 2024 PM 5 L

RECEIVED
DEC 26 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Legal Mail

United States District Court
219 S. Dearborn Street
Chicago, Illinois 60604

60604-189423



12/26/2024-32



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022